**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aetec International, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Shester Communications, Inc., ) <br> ) <br> Defendant. ) <br> ) | No. CIV 04-1190-PHX-DKD <br><br> **JUDGMENT** |

Pursuant to Stipulation and the Settlement Agreement reached between the parties,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff, Aetec International, Inc., an Arizona corporation, have and recover Judgment against Defendant, Shester Communications, Inc., a Washington corporation, in the sum of $95,000.00.

**IT IS FURTHER ORDERED** that Defendant Shester Communications, Inc. shall have a credit against the above sum only for amounts paid pursuant to the Settlement Agreement between the parties to the date hereof.

**IT IS FURTHER ORDERED** that interest shall accrue on the above Judgment at the legal rate until paid.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that each party shall otherwise bear their own costs and attorney's fees.

DATED this 17th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge